**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE THE BANKRUPTCY ESTATE OF | No. 22-10701 |
| | Chapter 7 |
| JACOB BLETNITSKY, | Hon. Jacqueline P. Cox |
| *Debtors*. | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **Tuesday, November 8, 2022 at 1:00 P.M.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, or any other Judge sitting in her place and stead, either in Courtroom 680 of the Dirksen Building located at 219 S. Dearborn in Chicago, Illinois **or** electronically as described below, and shall present the attached **Motion for Rule 2004 Examination *Duces Tecum* and Rule 2004 Oral Examination of Debtor, Jacob Bletnitsky**, a copy of which is hereby served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear in person, electronically by video or by telephone.

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and further information can also be found on the Judge's web page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: October 28, 2022

                Respectfully submitted,

                CREDITOR, DR. STEPHEN LIPPITZ

                /s/ *Richard A. Saldinger*
                One of Creditor Dr. Lippitz's Attorneys

                CREDITOR, SERGE BURASHKO

                /s/ *Edward M. Rothschild*
                One of Creditor Serge Burashko's Attorneys

Richard A. Saldinger (ARDC No. 6209930)
Landsman Saldinger Carroll, PLLC
Attorney for Creditor, Dr. Stephen Lippitz
161 N. Clark, Suite 1600
Chicago, IL  60601
Tel. (312) 291-4650
saldinger@lsclegal.com

Edward M. Rothschild (ARDC No. 2403196)
Attorney for Creditor Serge Burashko
16 Monterey Drive
Vernon Hills, Il 60060
Telephone 847 220-5600
edwardrothschild66@gmail.com

## CERTIFICATE OF SERVICE

I, Richard A. Saldinger, an attorney, hereby certify that on October 28, 2022, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and Certificate of Service to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address.

By: /s/ Richard A. Saldinger

Richard A. Saldinger
Landsman Saldinger Carroll, PLLC
Attorneys for Creditor – Dr. Stephen Lippitz
161 N. Clark Street, Suite 1600
Chicago, IL  60601
Tel. (312) 291-4650
saldinger@lsclegal.com

### Registrants in the Case

| | |
|---|---|
| **David Freydin** | **david.freydin@freydinlaw.com** |
| **Norm Newman** | **nnewman@sfgh.com** |
| **Patrick S. Layng** | **USTPRegion11.ES.ECF@usdoj.gov** |
| **Samantha San Jose** | **ssanjose@raslg.com** |