**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE THE BANKRUPTCY ESTATE OF | No. 22-10701 |
| | Chapter 7 |
| JACOB BLETNITSKY, | Hon. Jacqueline P. Cox |
| *Debtors*. | |

**AMENDED NOTICE OF MOTION**

**PLEASE TAKE NOTICE** that on **Tuesday, August 1, 2023 at 1:00 P.M.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Jacqueline P. Cox, United States Bankruptcy Judge for the Northern District of Illinois, or any other Judge sitting in her place and stead, either in Courtroom 680 of the Dirksen Building located at 219 S. Dearborn in Chicago, Illinois **or** electronically as described below, and shall present the attached **Creditors' Motion To Authorize Rule 2004 Examinations *Duces Tecum* and Rule 2004 Oral Examinations of Irina Bletnitsky, Felix Friedman, Irina Knaster, Russland Capital Group – South Loop, LLC and Alex Knaster, a** copy of which is hereby served upon you.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear in person, electronically by video or by telephone.

**To appear by video,** use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone,** call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and further information can also be found on the Judge's web page on the Court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated: July 14, 2023

        Respectfully submitted,

        CREDITOR, DR. STEPHEN LIPPITZ

        /s/ *Richard A. Saldinger*
        One of Creditor Dr. Lippitz's Attorneys

        CREDITOR, SERGE BURASHKO

        /s/ *Edward M. Rothschild*
        One of Creditor Serge Burashko's Attorneys

Richard A. Saldinger (ARDC No. 6209930)
Landsman Saldinger Carroll, PLLC
Attorney for Creditor, Dr. Stephen Lippitz
161 N. Clark, Suite 1600
Chicago, IL  60601
Tel. (312) 291-4650
saldinger@lsclegal.com

Edward M. Rothschild (ARDC No. 2403196)
Attorney for Creditor Serge Burashko
16 Monterey Drive
Vernon Hills, Il 60060
Telephone 847 220-5600
edwardrothschild66@gmail.com

## **CERTIFICATE OF SERVICE**

      I, Richard A. Saldinger, an attorney, hereby certify that on July 14, 2023, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Amended Notice of* Motion and Certificate of Service to be served on the parties listed below by electronic notice where indicated by the presence of an electronic address and by United States Mail where indicated..

                                                   By: /s/ Richard A. Saldinger

Richard A. Saldinger
Landsman Saldinger Carroll, PLLC
Attorneys for Creditor – Dr. Stephen Lippitz
161 N. Clark Street, Suite 1600
Chicago, IL  60601
Tel. (312) 291-4650
saldinger@lsclegal.com

**Registrants in the Case**

| | |
|---|---|
| **David Freydin** | david.freydin@freydinlaw.com |
| **Norm Newman** | nnewman@raineslaw.com |
| **Patrick S. Layng** | USTPRegion11.ES.ECF@usdoj.gov |
| **Samantha San Jose** | ssanjose@raslg.com |
| **Mark Melickian** | mmelickian@raineslaw.com |
| **Ed Rothschild** | edwardrothschild66@gmail.com |
| **David Madden** | dmadden@raineslaw.com |
| **Boris Parad** | pl2@paradfirm.com |
| **Maria Sanchez** | mariasanchez@hsbattys.com |

**Service by United States Mail**

Russland Capital Group – South Loop, LLC
c/o George Lattas – Registered Agent
3660 W. Irving Park Road
Chicago, Illinois 60618

Russland Capital Group – South Loop, LLC
c/o Felix Friedman
1407 S. Michigan
Suite 500
Chicago, Illinois 60605

Felix Friedman
1400 S. Michigan Avenue
Unit 2410
Chicago, Illinois 60605

Irina Bletnitsky
1400 South Michigan Avenue
Suite 2801
Chicago, Illinois 60605

Irina Knaster
21 East 1st Street
New York, New York 10003

Alex Knaster
21 East 1st Street
New York, New York 10003

Alex Knaster
c/o Pamplona Capital Management
200 Clarendon Street
Floor 48
Boston, Massachusetts 02116