# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0752−1 | User: admin | Date Created: 7/31/2024 |
| Case: 22−10701 | Form ID: 318 | Total: 47 |

**Recipients of Notice of Electronic Filing:**
tr          Norman B Newman        nnewman@raineslaw.com
aty         David Freydin          david.freydin@freydinlaw.com
aty         David M Madden         dmadden@raineslaw.com
aty         Mark Melickian         mmelickian@raineslaw.com
aty         Norman B Newman        nnewman@raineslaw.com

                                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Jacob Bletnitsky       1400 S Michigan Ave, Unit 2801      Chicago, IL 60605
29922011    7880 N Lincoln LLC     c/o Hans Kebritchi      6109 N Kilbourn Ave.     Chicago, IL 60646
30037063    American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355−0701
30053433    American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355−0701
30053437    American Express National Bank     c/o Becket and Lee LLP     PO Box 3001     Malvern PA 19355−0701
29922012    Amex        Correspondence/Bankruptcy      Po Box 981540      El Paso, TX 79998
29922013    Amex        Correspondence/Bankruptcy      Po Box 981540      El Paso, TX 79998
29922014    Amex        Correspondence/Bankruptcy      Po Box 981540      El Paso, TX 79998
29922015    Bank Of America        4909 Savarese Circle       Fl1−908−01−50      Tampa, FL 33634
29922016    Bank of America        Attn: Bankruptcy       4909 Savarese Circle      Tampa, FL 33634
30110397    Bank of America, N.A.      P.O. Box 31785      Tampa, FL 33631−3785
30007079    Bank of America, N.A.      PO Box 673033       Dallas, TX 75267−3033
29922017    Capital One        Attn: Bankruptcy       Po Box 30285       Salt Lake City, UT 84130
29922018    Capital One        Attn: Bnakruptcy       P.O. Box 30285      Salt Lake City, UT 84130
30015869    Capital One N.A.       by American InfoSource as agent      4515 N Santa Fe Ave      Oklahoma City, OK 73118
29922019    Chase Card Services        Attn: Bankruptcy       P.O. 15298     Wilmington, DE 19850
29922020    Citibank       Attn: Bankruptcy       P.O. Box 790034       St Louis, MO 63179
29922021    Citibank       Attn: Bankruptcy       P.O. Box 790034       St Louis, MO 63179
30009833    Citibank, N.A.      5800 S Corporate Pl       Sioux Falls, SD 57108−5027
29922022    Citibank/The Home Depot        Citicorp Credit Srvs/Centralized Bk dept       Po Box 790034       St Louis, MO 63179
29922023    Department of Treasury       Bureau of the Fiscal Service − SBA       PO BOX 830794       Birmingham, AL 35283−0794
30104210    Dr. Stephen Lippitz        Landsman Saldinger       161 N. Clark Street       Suite 1600       Chicago, IL 60601
29922024    Felix Friedman        Konstantine Sparagis       Law off of K Sparagis       900 W Jackson Blvd., Ste 4E       Chicago, Il 60607
30102822    Felix Friedman        Konstantine Sparagis       Law off of K Sparagis       900 W Jackson Blvd., Ste 4E       Chicago, Il 60607
29922025    GNP Management Group        430 N Michigan Ave        Chicago, IL 60611
29922026    Harley Davidson Financial       Attn: Bankruptcy       Po Box 22048       Carson City, NV 89721
30095945    ILLINOIS DEPARTMENT OF REVENUE−BANKRUPTCY        PO BOX 19035       SPRINGFIELD, IL 62794−9035
29922027    Illinois Department of Revenue       PO BOX 19035       Springfield, IL 62794−9035
29922028    Internal Revenue Service       PO BOX 7346       Philadelphia, PA 19101
29922029    Internal Revenue Service       PO BOX 7346       Philadelphia, PA 19101
29922030    JB Capital        7880 Lincoln Ave.       Skokie, IL 60077
30017397    JPMorgan Chase Bank, N.A.       s/b/m/t Chase Bank USA, N.A.       c/o National Bankruptcy Services, LLC       P.O. Box 9013       Addison, Texas 75001
29922031    Leaf Capital Funding LLC       2005 Market St, 14th Floor       Philadelphia, PA 19103
29922032    M1 Land Investments, LLC        c/o Bryan Cave Leighton Paisner LLP       161 N Clark St, Suite 4300       Chicago, IL 60601
29922033    Mercedes−Benz Financial Services       Attn: Bankruptcy Dept       Po Box 685       Roanoke, TX 76262
29922034    Mercedes−Benz Financial Services       Attn: Bankruptcy Dept       Po Box 685       Roanoke, TX 76262
29945797    Mercedes−Benz Financial Services USA LLC       c/o BK Servicing, LLC       PO Box 131265       Roseville, MN 5513−0011
29933922    RAS Crane & Partners, PLLC       10700 Abbott's Bridge, suite 170       Duluth, GA 30097
29922035    Selene Finance LP       PO BOX 422039       Houston, TX 77242
29922036    Serge Burashko       c/o Edward M. Rothschild       16 Monterey Drive       Vernon Hills, IL 60061
29922037    Stefen Lippitz       c/o Douglas C. Giese − Markoff Law       29 N Wacker Drive #1010       Chicago, IL 60606
29936074    U.S. Bank Trust National Association       c/o Robertson, Anschutz, Schneid, Crane    Partners, PLLC       Authorized Agent for Secured Creditor       10700 Abbotts Bridge Rd, Suite 170       Duluth, GA 30097

TOTAL: 42