**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: JACOB BLETNITSKY | § § § § | Case No. 22-10701 |
| Debtor(s) | | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Norman B. Newman, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Dirksen Federal Building
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

This motion will be presented and heard either in Courtroom 680 or electronically using Zoom for Government. All parties in interest, including the movant may appear for the presentment either in person or electronically using Zoom for Government. To appear and be heard on the motion, you must do the following:

To appear by video, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

To appear by telephone, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

Meeting ID and password. The meeting ID for this hearing is 161 273 2896 and the password is 778135. The meeting ID and password can also be found on the judge's page on the Court's web site.

The electronic/telephonic hearing on the fee applications and any objection to the Final Report will be held at 1:00 p.m. on January 7, 2025, before the Honorable Jacqueline P. Cox or any other judge sitting in that judge's place. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 12/05/2024               By: /s/ Norman B. Newman
                                                                                 Trustee

Norman B. Newman
30 N. LaSalle Street
SUITE 3100
CHICAGO, IL 60602
(312) 704-2170

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: JACOB BLETNITSKY § Case No. 22-10701
§
§
§
Debtor(s)

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of: | $ | 19,500.00 |
| and approved disbursements of: | $ | 619.62 |
| leaving a balance on hand of[1]: | $ | 18,880.38 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 6 | Serge Burashko | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | Felix Friedman | 1,296,389.00 | 1,296,389.00 | 0.00 | 0.00 |
| 14S | Mercedes-Benz Financial Services USA LLC | 79,500.00 | 79,500.00 | 0.00 | 0.00 |
| 15 | Bank of America, N.A. | 406,441.12 | 406,441.12 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 18,880.38

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2,700.00 | 0.00 | 653.63 |
| Attorney for Trustee Fees - Raines Feldman Littrell LLP | 18,652.00 | 0.00 | 4,515.34 |
| Attorney for Trustee, Expenses - Sugar Felsenthal Grais & Helsinger, LLP | 34.11 | 0.00 | 8.25 |

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Attorney for Trustee Fees - Sugar Felsenthal Grais & Helsinger, LLP | 41,602.00 | 0.00 | 10,071.16 |
| Accountant for Trustee Fees (Other Firm) - MILLER COOPER & CO., LTD. | 3,632.00 | 0.00 | 3,632.00 |

Total to be paid for chapter 7 administrative expenses: $ 18,880.38
Remaining balance: $ 0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $212,887.81 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1P | Internal Revenue Service | 189,194.05 | 0.00 | 0.00 |
| 11 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 23,693.76 | 0.00 | 0.00 |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $2,031,104.57 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1U | Internal Revenue Service | 34,535.96 | 0.00 | 0.00 |
| 2 | Bank of America, N.A. | 16,440.47 | 0.00 | 0.00 |
| 3 | Citibank, N.A. | 14,717.35 | 0.00 | 0.00 |
| 4 | Capital One N.A. | 1,527.79 | 0.00 | 0.00 |
| 5 | JPMorgan Chase Bank, N.A. | 38,525.34 | 0.00 | 0.00 |
| 7 | Serge Burashko | 750,000.00 | 0.00 | 0.00 |
| 8 | American Express National Bank | 8,278.85 | 0.00 | 0.00 |
| 9 | American Express National Bank | 15,538.85 | 0.00 | 0.00 |
| 10 | American Express National Bank | 265.92 | 0.00 | 0.00 |
| 13 | Dr. Stephen Lippitz | 1,134,770.02 | 0.00 | 0.00 |
| 14U | Mercedes-Benz Financial Services USA LLC | 16,504.02 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| None |
|---|

**UST Form 101-7-NFR (10/1/2010)**

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None ||||  |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/ Norman B. Newman
Trustee

Norman B. Newman
30 N. LaSalle Street
SUITE 3100
CHICAGO, IL 60602
(312) 704-2170

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

## CERTIFICATE OF SERVICE

Norman B. Newman, an attorney, hereby certifies that on December 5, 2024, he served a copy of the **Notice of Trustee's Final Report and Application for Compensation and Deadline to Object (NFR)** on all parties listed below by depositing same in the U.S. Mail from 30 N. LaSalle Street, Suite 3100, Chicago, Illinois.

| | |
|---|---|
| Office of the United States Trustee<br>219 S. Dearborn St.<br>8th Floor<br>Chicago, IL 60604 | David Freydin<br>Law Offices of David Freydin<br>8707 Skokie Blvd., Suite 312<br>Skokie, IL 60077 |
| Jacob Bletnitsky<br>1400 S. Michigan Avenue, Unit 2801<br>Chicago, IL 60605 | Department of Treasury<br>Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-0424 |
| Bank of America<br>P.O. Box 673033<br>Dallas, TX 75267-1161 | Citibank, N.A.<br>5800 S. Corporate Place<br>Sioux Falls, SD 57108-5027 |
| Capital One N.A. by American Info Source<br>4515 N. Santa Fe Avenue<br>Oklahoma, OK 73118 | JP Morgan Chase, N.A.,s/b/m/t Chase Bank USA<br>P.O. Box 9013<br>Addison, TX 75001 |
| Serge Burashko<br>c/o Edward M. Rothschild<br>16 Monterey Drive<br>Vernon Hills, IL 60061 | American Express National Bank<br>c/o Beckett & Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355-0701 |
| Illinois Dept. of Revenue-Bankruptcy<br>P.O. Box 19035<br>Springfield, IL 62794-9035 | Felix Friedman<br>c/o Konstantine Sparagis<br>Law Offices of Konstantine Sparagis<br>900 W. Jackson Blvd., Suite 4E<br>Chicago, IL 60607 |

10400666.1

| | |
|---|---|
| Dr. Stephen Lippitz<br>Landsman Saldinger<br>161 N. Clark Street, Suite 1600<br>Chicago, IL 60601 | Mercedes Benz Financial Services, USA<br>Bankruptcy Servicing, LLC<br>P.O. Box 131265<br>Roseville, MN 55113-0011 |
| Bank of America, N.A.<br>P.O. Box 31785<br>Tampa, FL 31785 | |

/s/ Norman B. Newman

Norman B. Newman (Atty. ID#02045427)
Raines Feldman Littrell LLP
30 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312-704-9400
nnewman@raineslaw.com

10400666.1