**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: JACOB BLETNITSKY | § | Case No. 22-10701 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY**
**ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)**

Norman B. Newman, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | |
|---|---|---|
| Assets Abandoned: $2,756,370.00 | | Assets Exempt: $18,900.00 |
| *(without deducting any secured claims)* | | |
| Total Distributions to Claimants: $0.00 | | Claims Discharged Without Payment: $6,324,837.39 |
| Total Expenses of Administration: $19,500.00 | | |

3) Total gross receipts of $19,500.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $19,500.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $4,153,878.00 | $1,782,330.12 | $1,782,330.12 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $67,239.73 | $67,239.73 | $19,500.00 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $490,000.00 | $212,887.81 | $212,887.81 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $5,516,772.64 | $2,031,104.57 | $2,031,104.57 | $0.00 |
| **TOTAL DISBURSEMENTS** | $10,160,650.64 | $4,093,562.23 | $4,093,562.23 | $19,500.00 |

4) This case was originally filed under chapter 7 on 09/19/2022. The case was pending for 29 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:    02/21/2025            By: /s/ Norman B. Newman
                                        Trustee

**STATEMENT This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.**

UST Form 101-7-TDR ( 10 /1/2010)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Counterclaim against Stephen Lippitz, currently on appeal. | 1229-000 | $19,500.00 |
| **TOTAL GROSS RECEIPTS** | | **$19,500.00** |

[1]*The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.*

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| None | | | |

### EXHIBIT 3 - SECURED CLAIMS

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6 | Serge Burashko | 4110-000 | NA | $0.00 | $0.00 | $0.00 |
| 12 | Felix Friedman | 4210-000 | $1,300,000.00 | $1,296,389.00 | $1,296,389.00 | $0.00 |
| 14S | Mercedes-Benz Financial Services USA LLC | 4110-000 | $98,000.00 | $79,500.00 | $79,500.00 | $0.00 |
| 15 | Bank of America, N.A. | 4110-000 | $405,000.00 | $406,441.12 | $406,441.12 | $0.00 |
| N/F | Bank Of America | 4110-000 | $405,045.00 | NA | NA | NA |
| N/F | GNP Management Group | 4110-000 | $0.00 | NA | NA | NA |
| N/F | Harley Davidson Financial | 4110-000 | $22,833.00 | NA | NA | NA |
| N/F | M1 Land Investments, LLC | 4110-000 | $300,000.00 | NA | NA | NA |
| N/F | Selene Finance LP | 4110-000 | $1,623,000.00 | NA | NA | NA |
| | **TOTAL SECURED** | | **$4,153,878.00** | **$1,782,330.12** | **$1,782,330.12** | **$0.00** |

**UST Form 101-7-TDR ( 10 /1/2010)**

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Norman B. Newman | 2100-000 | NA | $2,700.00 | $2,700.00 | $653.63 |
| Attorney for Trustee Fees - Raines Feldman Littrell LLP | 3110-000 | NA | $18,652.00 | $18,652.00 | $4,515.34 |
| Attorney for Trustee Fees - Sugar Felsenthal Grais & Helsinger, LLP | 3110-000 | NA | $41,602.00 | $41,602.00 | $10,071.16 |
| Attorney for Trustee, Expenses - Sugar Felsenthal Grais & Helsinger, LLP | 3120-000 | NA | $34.11 | $34.11 | $8.25 |
| Bond Payments - BOND | 2300-000 | NA | $17.12 | $17.12 | $17.12 |
| Bank Service Fees - Metropolitan Commercial Bank | 2600-000 | NA | $602.50 | $602.50 | $602.50 |
| Accountant for Trustee Fees (Other Firm) - MILLER COOPER & CO., LTD. | 3410-000 | NA | $3,632.00 | $3,632.00 | $3,632.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$67,239.73** | **$67,239.73** | **$19,500.00** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | Internal Revenue Service | 5800-000 | $200,000.00 | $189,194.05 | $189,194.05 | $0.00 |
| 11 | ILLINOIS DEPARTMENT OF REVENUE-BANKRUPTCY | 5800-000 | $40,000.00 | $23,693.76 | $23,693.76 | $0.00 |
| N/F | Illinois Department of Revenue | 5600-000 | $40,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $10,000.00 | NA | NA | NA |
| N/F | Internal Revenue Service | 5600-000 | $200,000.00 | NA | NA | NA |
| | **TOTAL PRIORITY UNSECURED CLAIMS** | | **$490,000.00** | **$212,887.81** | **$212,887.81** | **$0.00** |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | Internal Revenue Service | 7100-000 | $10,000.00 | $34,535.96 | $34,535.96 | $0.00 |
| 2 | Bank of America, N.A. | 7100-000 | $16,440.00 | $16,440.47 | $16,440.47 | $0.00 |
| 3 | Citibank, N.A. | 7100-000 | $14,717.00 | $14,717.35 | $14,717.35 | $0.00 |
| 4 | Capital One N.A. | 7100-000 | $1,701.00 | $1,527.79 | $1,527.79 | $0.00 |
| 5 | JPMorgan Chase Bank, N.A. | 7100-000 | $38,525.00 | $38,525.34 | $38,525.34 | $0.00 |
| 7 | Serge Burashko | 7100-000 | $0.00 | $750,000.00 | $750,000.00 | $0.00 |
| 8 | American Express National Bank | 7100-000 | $15,000.00 | $8,278.85 | $8,278.85 | $0.00 |
| 9 | American Express National Bank | 7100-000 | NA | $15,538.85 | $15,538.85 | $0.00 |
| 10 | American Express National Bank | 7100-000 | NA | $265.92 | $265.92 | $0.00 |
| 13 | Dr. Stephen Lippitz | 7100-000 | $1,126,656.82 | $1,134,770.02 | $1,134,770.02 | $0.00 |
| 14U | Mercedes-Benz Financial Services USA LLC | 7100-000 | $0.00 | $16,504.02 | $16,504.02 | $0.00 |
| N/F | 7880 N Lincoln LLC | 7100-000 | $256,000.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $7,287.00 | NA | NA | NA |
| N/F | Am ex | 7100-000 | $265.00 | NA | NA | NA |
| N/F | Bank of America | 7100-000 | $16,440.00 | NA | NA | NA |
| N/F | Capital One | 7100-000 | $2,395.00 | NA | NA | NA |

| N/F | Capital One | 7100-000 | $1,701.00 | NA | NA | NA |
| N/F | Chase Card Services | 7100-000 | $38,525.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $58,449.00 | NA | NA | NA |
| N/F | Citibank | 7100-000 | $14,717.00 | NA | NA | NA |
| N/F | Citibank/The Home Depot | 7100-000 | $297.00 | NA | NA | NA |
| N/F | Department of Treasury | 7100-000 | $500,000.00 | NA | NA | NA |
| N/F | Felix Friedman | 7100-000 | $1,300,000.00 | NA | NA | NA |
| N/F | Leaf Capital Funding LLC | 7100-000 | $70,000.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial Services | 7100-000 | $38,000.00 | NA | NA | NA |
| N/F | Mercedes-Benz Financial Services | 7100-000 | $98,000.00 | NA | NA | NA |
| N/F | Serge Burashko | 7100-000 | $750,000.00 | NA | NA | NA |
| N/F | Stefen Lippitz | 7100-000 | $1,126,656.82 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$5,516,772.64** | **$2,031,104.57** | **$2,031,104.57** | **$0.00** |

# Form 1

## Individual Estate Property Record and Report

### Asset Cases

Exhibit 8

Page: 1

**Case No.:**  22-10701

**Case Name:**  JACOB BLETNITSKY

**For Period Ending:**  02/21/2025

**Trustee Name:**  (330270) Norman B. Newman

**Date Filed (f) or Converted (c):**  09/19/2022 (f)

**§ 341(a) Meeting Date:**  10/19/2022

**Claims Bar Date:**  02/14/2023

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1400 S Michigan Ave, Unit 2801 (including parking #256 and #257), Chicago, IL 60605-0000, Cook County<br>Condominium or cooperative, Purchased in 2010. Primary residence. Entire property value: $1,466,800.00 | 1,466,800.00 | 0.00 | | 0.00 | FA |
| 2* | 4558 West Church, Skokie, IL 60077-0000, Cook County<br>Duplex or multi-unit building, Debtor's sister lives in this property. Entire property value: $430,000.00 (See Footnote) | 215,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2018 Harley Davidson Streetglide, 10,000 miles<br>Entire property value: $20,000.00 | 20,000.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and home goods | 2,000.00 | 2,000.00 | | 0.00 | FA |
| 5 | Cell phones, home electronics, TVs | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 6 | 4 pistols | 800.00 | 0.00 | | 0.00 | FA |
| 7 | Used clothes | 300.00 | 0.00 | | 0.00 | FA |
| 8 | Wedding ring, watch | 400.00 | 0.00 | | 0.00 | FA |
| 9 | Cash | 25.00 | 25.00 | | 0.00 | FA |
| 10 | Checking: Byline Bank, Inc. | 45.00 | 45.00 | | 0.00 | FA |
| 11 | Jacob's Ceramic, Inc. Business has minimal assets. There is an SBA UCC lien against all business assets for $500,000, 62.5% ownership<br>Property Abandon pursuant to Order dated 1/23/23. | 0.00 | 0.00 | OA | 0.00 | FA |
| 12 | JB Capital Group , Inc. (inactive since 2017), 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Russland Capital Group - South Loop LLC, 24% ownership | 850,000.00 | 850,000.00 | | 0.00 | FA |
| 14 | Russland Capital Group - West Loop LLC (never active), 50% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 15 | Int. in Ins. policies: Life insurance policy, no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 16 | Counterclaim against Stephen Lippitz, currently on appeal. (u)<br>Counterclaim sold pursuant to Order dated 2/14/23. | 4,865,558.00 | 4,865,558.00 | | 19,500.00 | FA |
| 17 | US Patent #6581394, Application number 09/890,713 dated 06/24/2003 (u)<br>Property Abandon pursuant to Order dated 1/23/23. | Unknown | 0.00 | OA | 0.00 | FA |
| 18 | 1411 S Michigan LLC, 3.392% ownership (u) | 200,000.00 | 200,000.00 | | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report

Exhibit 8

Page: 2

## Asset Cases

**Case No.:**  22-10701

**Case Name:**  JACOB BLETNITSKY

**For Period Ending:**  02/21/2025

**Trustee Name:**  (330270) Norman B. Newman

**Date Filed (f) or Converted (c):**  09/19/2022 (f)

**§ 341(a) Meeting Date:**  10/19/2022

**Claims Bar Date:**  02/14/2023

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19 | Meadows Apts, Ltd., 2.8085% ownership (u) | 0.00 | 0.00 | | 0.00 | FA |
| **19** | **Assets Totals (Excluding unknown values)** | **$7,621,928.00** | **$5,918,628.00** | | **$19,500.00** | **$0.00** |

RE PROP# 2        Property is held jointly. Debtor's share is $215,000.

**Major Activities Affecting Case Closing:**

7-23-24:  Negotiating offer to sell possible causes of action.  LLC membership interests related to 1411 S. Michigan Ave. real estate worthless due to real estate foreclosure.  Employed accountant to prepare tax returns.

6-16-23: Still looking for buyer for LLC membership interests.

2-17-23: Sold counterclaim for $19,500 per order entered 2-14-23. Looking for buyers for LLC membership interests.

**Initial Projected Date Of Final Report (TFR):**  08/31/2023        **Current Projected Date Of Final Report (TFR):**  11/30/2024

# Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page: 1

| Case No.: | 22-10701 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | JACOB BLETNITSKY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4182 | Account #: | ******0043 Checking |
| For Period Ending: | 02/21/2025 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 02/15/23 | {16} | Yelena Parad/Boris Parad | Purchase of Counterclaim | 1229-000 | 19,500.00 | | 19,500.00 |
| 02/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 11.45 | 19,488.55 |
| 03/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.27 | 19,456.28 |
| 04/28/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.10 | 19,427.18 |
| 05/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.24 | 19,392.94 |
| 06/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.08 | 19,361.86 |
| 07/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.96 | 19,332.90 |
| 08/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 34.08 | 19,298.82 |
| 09/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.89 | 19,268.93 |
| 10/31/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.94 | 19,235.99 |
| 11/30/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.82 | 19,205.17 |
| 12/29/23 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.75 | 19,175.42 |
| 01/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.72 | 19,141.70 |
| 02/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.57 | 19,112.13 |
| 03/29/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.52 | 19,082.61 |
| 04/01/24 | 101 | International Sureties, Ltd. | Bond #612419627 | 2300-000 | | 17.12 | 19,065.49 |
| 04/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 32.51 | 19,032.98 |
| 05/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 31.43 | 19,001.55 |
| 06/28/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 28.34 | 18,973.21 |
| 07/31/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 33.35 | 18,939.86 |
| 08/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 30.27 | 18,909.59 |
| 09/30/24 | | Metropolitan Commercial Bank | Bank and Technology Services Fees | 2600-000 | | 29.21 | 18,880.38 |
| 01/08/25 | 102 | MILLER COOPER & CO., LTD. | First and Final distribution pursuant to Order entered on January 7, 2025. | 3410-000 | | 3,632.00 | 15,248.38 |
| 01/08/25 | 103 | Norman B. Newman | First and Final distribution pursuant to Order entered on January 7, 2025. | 2100-000 | | 653.63 | 14,594.75 |
| 01/08/25 | 104 | Raines Feldman Littrell LLP | First and Final distribution pursuant to Order entered on January 7, 2025. | 3110-000 | | 4,515.34 | 10,079.41 |
| 01/08/25 | 105 | Sugar Felsenthal Grais & Helsinger, LLP | First and Final distribution pursuant to Order entered on January 7, 2025. | 3120-000 | | 8.25 | 10,071.16 |

Page Subtotals: $19,500.00  $9,428.84

## Form 2

Exhibit 9

Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 22-10701 | Trustee Name: | Norman B. Newman (330270) |
|---|---|---|---|
| Case Name: | JACOB BLETNITSKY | Bank Name: | Metropolitan Commercial Bank |
| Taxpayer ID #: | **-***4182 | Account #: | ******0043 Checking |
| For Period Ending: | 02/21/2025 | Blanket Bond (per case limit): | $5,000,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/25 | 106 | Sugar Felsenthal Grais & Helsinger, LLP | First and Final distribution pursuant to Order entered on January 7, 2025. | 3110-000 | | 10,071.16 | 0.00 |
| | | | COLUMN TOTALS | | 19,500.00 | 19,500.00 | $0.00 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | Subtotal | | 19,500.00 | 19,500.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $19,500.00 | $19,500.00 | |

## Form 2

## Cash Receipts And Disbursements Record

Exhibit 9

Page:   3

| | |
|---|---|
| **Case No.:** | 22-10701 |
| **Case Name:** | JACOB BLETNITSKY |
| **Taxpayer ID #:** | **-***4182 |
| **For Period Ending:** | 02/21/2025 |

| | |
|---|---|
| **Trustee Name:** | Norman B. Newman (330270) |
| **Bank Name:** | Metropolitan Commercial Bank |
| **Account #:** | ******0043 Checking |
| **Blanket Bond (per case limit):** | $5,000,000.00 |
| **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******0043 Checking | $19,500.00 | $19,500.00 | $0.00 |
| | **$19,500.00** | **$19,500.00** | **$0.00** |